DAVID W. SHAPIRO SBN 219265
BOIES, SCHILLER & FLEXNER LLP
1999 HARRISON STREET
SUITE 900
OAKLAND, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorney for Defendant
John Morgan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY<br><br>Defendants. | Case No. CR-05-00651 CW<br><br>[PROPOSED] ORDER |

Upon the agreement of the parties, and upon good cause shown, it is hereby ordered as follows:

1.  The return date of the subpoena served by defendant John Morgan on the Contra Costa District Attorney's Office is continued until after the Court rules on the propriety of the subpoena.

2.  The government will file a motion to quash the subpoena on or before July 10, 2006.

1

3.  The defense will file its opposition to the motion to quash on or before July 24, 2006.

4.  The defendant may file his Reply to the government's opposition to the pre-trial motions to suppress seven (7) days after the Court rules on the motion to quash. The defendant may seek additional briefing or hearing depending on the substance of the documents produced by the Contra Costa District Attorney.

Dated:   6/30/06

*[signature]*

HONORABLE Claudia Wilken
United States District Judge