# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00651-3 CW |
| ) | |
| John Morgan ) | |
| ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __January 8, 2007__ be continued until __March 12, 2007__ at __2:30 p.m.__ ✓ .

Date: 12/12/06

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04