IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMEICA,

        Plaintiff,

  v.

JOHN MORGAN,

        Defendant.
                                        /

No. CR 05-00651-03 CW

ORDER DENYING MOTION TO INCLUDE SENTENCE INFORMATION IN JUDGMENT

    On April 18, 2007, Defendant John Morgan filed a Motion to Include Sentence Information in Judgment.  The government opposes the motion.  Having considered the motion, and good cause not appearing,

    IT IS HEREBY ORDERED that Defendant's Motion to Include Sentence Information in Judgment is denied.  The probation officer shall include in the Presentence Report the facts she finds regarding the prior proceedings in state court.  It is the Bureau of Prisons which will decide the amount of credit, if any, to be given for any time served.

5/2/07

Dated _____

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

cc:  U.S. Probation Officer Karen Mar